Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR14-00198RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER CONTINUING |
| | ) | PRETRIAL MOTIONS DUE |
| | ) | DATE TO MARCH 19, 2015 |
| DOMINGO VENEGAS-RAMIREZ. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Domingo Venegas-Ramirez, through his appointed counsel, Michael G. Martin, and the United States of America, through Assistant United States Attorney Sarah Y. Vogel, having agreed to a continuance of the pretrial motions date from March 12, 2015 to March 19, 2015, the Court finds that this continuance necessary because of the complex and extended nature of the evidence and discovery in this case, and further finds that this continuance may conserve court otherwise scarce court resources due to the ongoing negotiations to resolve this matter short of trial and prior to the filing of any pretrial motions, now, therefore,

ORDER CONTINUING PTM DUE DATE
(Venegas-Ramirez, CR14-00198RAJ) - 1

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800 FAX (206) 624-2805

IT IS HERBEY ORDERED that the parties' Stipulated Motion to Continue Pretrial Motions Due Date (Dkt. #78) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than March 19, 2015.

DATED this 6th day of March, 2015.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING PTM DUE DATE
(Venegas-Ramirez, CR14-00198RAJ) - 2

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800 FAX (206) 624-2805